**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| WOODFOREST NATIONAL BANK,         ) | NO.: MC 04-0069 PHX-JAT |
| Plaintiff/Judgment Creditor,      ) | |
| vs.                               ) | **ORDER** |
| DEET INVESTMENT CORP. d/b/a D LONG ) | |
| DISTANCE, a Delaware corporation; ) | |
| FOUR STAR FINANCIAL SERVICES, L.L.C., ) | |
| a California Limited Liability Company; ) | |
| CONDOR INVESTMENT CORPORATION,    ) | |
| a Delaware corporation,           ) | |
| Defendants/Judgment Debtors.      ) | |

Pending before the Court are the Plaintiff's Motion for Assignment of Accounts Receivable (Doc. # 11) and Motion to Expedite Ruling on Motion for Assignment of Accounts Receivable (Doc. # 12).

The Court has read the motions and, good cause appearing, finds as follows:

IT IS ORDERED GRANTING the Motion to Expedite Ruling on Motion for Assignment of Accounts Receivable (Doc. # 12).

IT IS FURTHER ORDERED GRANTING the Motion for Assignment of Accounts Receivable (Doc. # 11).

IT IS FURTHER ORDERED ASSIGNING Plaintiff/Judgment Creditor Woodforest National Bank, the account receivable appearing as an asset on the books of Defendant/Judgment Debtor Condor Investment Corporation in the form of obligations payable to Condor Investment Corporation by Phoenix Hotel Associates, Ltd., a California

1

1 | Limited Partnership, and by Reciprocal Capital Services, a California corporation.
2 |     IT IS FURTHER ORDERED that the proceeds from sale of the above asset, if any,
3 | shall be applied to the balance due on the Judgment entered in this case.
4 |     DATED this 19th day of December, 2005.

_____
James A. Teilborg
United States District Judge